# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Voigt,<br><br>　　　　Plaintiff,<br>v.<br><br>Leading Edge Recovery Solutions, LLC, Elizabeth Doe, John Doe, Gyzette Grullon and Jane Love,<br><br>　　　　Defendants. | Civil No.: 10-CV-02354 PAM/JJK<br><br>ORDER |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　**BY THE COURT**


Dated:　July　29, 2010　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　Judge of United States District Court